# Order

Michigan Supreme Court
Lansing, Michigan

July 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150510(64)

TAMARA FILAS,
      Plaintiff-Appellant,

v

MEEMIC INSURANCE COMPANY,
      Defendant-Appellee.

_____/

SC: 150510
COA: 316822
Wayne CC: 12-016693-NF

On order of the Chief Justice, the motion of plaintiff-appellant for leave to file a reply to defendant-appellee's response to the motion for reconsideration is GRANTED. The reply submitted on July 10, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015



Clerk